## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 13-cv-0909-RPM-MJW

**OLGA SPIRIDONOVA,**
    Plaintiff,

v.

**DENVER PUBLIC LIBRARY, CITY AND COUNTY OF DENVER, LETTY ICOLARI, in her individual and official capacities, TOM SCOTT, in his individual and official capacities, and JOE HERRERA, in his individual and official capacities,**
    Defendants.

_____

## ORDER

_____

For good cause shown, the Court grants **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [Dkt. # 10].** Plaintiff shall file her response to Defendants' Motion to Dismiss on or before August 7, 2013.

**DATED** this 22nd day of May, 2013.

                                                BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge