**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                October 1, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 13-cv-00909-RPM

| | |
|---|---|
| OLGA SPIRIDONOVA, | Patricia S. Bangert |
| Plaintiff, | |
| v. | |
| DENVER PUBLIC LIBRARY, | Franklin A. Nachman |
| CITY AND COUNTY OF DENVER, | Kristen A. Merrick |
| LETTY ICOLARI, in her individual and official capacities, | |
| TOM SCOTT, in his individual and official capacities, and | |
| JOE HERRERA, in his individual and official capacities, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**3:29 p.m.        Court in session.**

Ms. Spiridonova and Ms. Icolari are present.

Court's preliminary remarks.

Ms. Bangert agrees that the Denver Public Library is not an entity that can be sued but it is part of the City and County of Denver and states plaintiff is still employed by the defendant.

**ORDERED:    Denver Public Library is dismissed.**

Discussion between Court and Ms. Bangert regarding plaintiff's national origin claim.

3:33 p.m.        Argument by Mr. Nachman.
3:40 p.m.        Argument by Ms. Bangert.

**3:46 p.m.        Court in recess.**
**3:54 p.m.        Court in session.**

Statement by Ms. Bangert.
Statement by Mr. Nachman.

**ORDERED:    Defendants' Motion to Dismiss [9], is granted with respect to the individual defendants and denied with respect to the City and County of Denver. Individual defendants are dismissed.**

**4:00 p.m.        Court in recess.**    Hearing concluded.  Total time:  31 min.