IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.   13-cv-00909-RPM

OLGA SPIRIDONOVA,

    Plaintiff,

v.

DENVER PUBLIC LIBRARY,
CITY AND COUNTY OF DENVER,
LETTY ICOLARI, in her individual and official capacities,
TOM SCOTT, in his individual and official capacities, and
JOE HERRERA, in his individual and official capacities,

    Defendants.

_____

ORDER DISMISSING DEFENDANTS LETTY ICOLARI, TOM SCOTT, JOE HERRERA AND THE DENVER PUBLIC LIBRARY
_____

    Pursuant to the hearing held on October 1, 2013, and for the reasons stated at the conclusion of the hearing it is

    ORDERED that Letty Icolari, Tom Scott, and Joe Herrera are dismissed as defendants in this civil action as is the Denver Public Library, and it is

    FURTHER ORDERED that the motion to dismiss the City and County of Denver is denied.

    DATED: October 2, 2013

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge