IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.   13-cv-00909-RPM

OLGA SPIRIDONOVA,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,

      Defendant.

_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation of Dismissal with Prejudice filed February 17, 2014, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

      Dated: February 18th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge